

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00771-CV

Kent B. **HOFFMAN**, et al.,
Appellants

v.

Andrew M. **THOMSON**, et al.,
Appellees

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0008-CV-C, Consolidated M-17-0034-CV-B
Honorable Janna K. Whatley, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the portion of the appeal by appellants Tianpeng Gu and Xiangrui Kong as Trustees of the Tianpeng Gu and Xiangrui Kong Living Trust, Tianpeng Gu, Individually, Xiangrui Kong, Individually, Yujie Pan, Dan He as Trustee of the Dan He Living Trust, LFF Management L.P., Yu Min Chen, Ya Miin Chen, Chi & Xiao Ltd., and J. Liu Property, LLC (collectively the "Kong Appellants") is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED February 26, 2020.

_____
Liza A. Rodriguez, Justice